## No. 10,907.

### THE STATE OF LOUISIANA VS. DOMINIQUE CLAVERY.

#### SYLLABUS.

Same as in the case of State vs. Willie Taylor.

---

Same District Court and same Counsel as in preceding case.

---

McENERY, J.   The questions submitted in this case are identical with those in the case of State of Louisiana vs. Willie Taylor, just decided.

For the reasons assigned in that case, the judgment in this is affirmed.